**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001164
12-JAN-2015
02:53 PM**

NO. CAAP-14-0001164

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMES J. NAVAJA, Plaintiff-Appellant,
v.
STEPHEN JOST, Director CHRIST ATHERALL, Defendants-Appellees,
and
JOHN and JANE DOES, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1439-06)

ORDER DISMISSING THE APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On October 9, 2014, Plaintiff-Appellant James J. Navaja (**Appellant**), pro se, filed a notice of appeal and motion to proceed on appeal in forma pauperis (**IFP**).

(2) On October 21, 2014, the court denied the motion to proceed IFP.

(3) On November 5, 2014, Appellant filed an untimely motion for reconsideration of the October 21, 2014 order denying the motion to proceed IFP. The court denied the November 5, 2014 motion.

(4) On December 5, 2014, Appellant filed an unauthorized second motion for reconsideration of the October 21, 2014 order denying the motion to proceed IFP. The court denied the December 5, 2014 motion.

(5) On December 12, 2014, the appellate clerk notified Appellant that the deadline to file the record on appeal expired on December 8, 2014; Appellant had not paid the filing and docketing fees; the court had denied Appellant's motion to proceed IFP; the record on appeal could not be prepared and filed without full payment of all fees; the court would be notified of the matter on December 22, 2014, for such action as the court deemed proper, which may include dismissal of the appeal; and Appellant may request relief from default of the record on appeal by motion.

(6) Thereafter, Appellant took no further action in this appeal. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 12, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-